UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY BENDER, | ) | |
| Plaintiff(s), | ) | No. C09-1155 CW (BZ) |
| v. | ) | |
| INTERSIL CORPORATION, et al., | ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |
| Defendant(s). | ) | |

Having read defendant's motion, **IT IS HEREBY ORDERED** that the plaintiff shall set forth its position on the discovery disputes in a letter of <u>not</u> more than **two pages** to be served and filed by **12:00 p.m. on Tuesday, October 27, 2009. IT IS FURTHER ORDERED**, that a telephonic conference is scheduled for **Thursday, October 29, 2009 at 9:00 a.m.,** to discuss the discovery disputes currently at issue. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: October 23, 2009

                                                  Bernard Zimmerman
                                       United States Magistrate Judge

G:\BZALL\-REFS\BENDER V. INTERSIL\TEL CONF1.wpd

1