UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY BENDER,           )
                          )
        Plaintiff(s),     )      No. C09-1155 CW (BZ)
                          )
    v.                    )      **SECOND DISCOVERY ORDER**
                          )
INTERSIL CORPORATION, et  )
al.,                      )
                          )
        Defendant(s).     )
_____)

    Following a telephone conference with both parties on October 29, 2009, **IT IS ORDERED** as follows:

    1.  Defendant's motion to compel is **GRANTED** to the extent that plaintiff is **ORDERED** to serve amended preliminary infringement contentions by November 10, 2009.  If defendant believes the amended contentions are inadequate, the parties shall meet and confer pursuant to the initial discovery order by **November 17, 2009.**

    2.  Defendant's motion for temporary relief from discovery obligations is **GRANTED IN PART.**  If defendant finds the amended contentions adequate, its obligation to provide invalidity contentions under the Patent Local Rules is

1

triggered as of the date the amended contentions are served. If defendant finds the amended contentions inadequate, its obligation to provide invalidity contentions under the Local Rules is **STAYED** pending further order of the court.

Dated: October 29, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BENDER V. INTERSIL\DISC2.ORD.wpd