UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY BENDER,                )
                               )
          Plaintiff(s),        )        No. C09-1155 CW (BZ)
                               )
     v.                        )        **SECOND DISCOVERY ORDER**
                               )
INTERSIL CORPORATION, et       )
al.,                           )
                               )
          Defendant(s).        )
_____)

Following a telephone conference with both parties on October 29, 2009, **IT IS ORDERED** as follows:

1.  Defendant's motion to compel is **GRANTED** to the extent that plaintiff is **ORDERED** to serve amended preliminary infringement contentions by November 10, 2009.  If defendant believes the amended contentions are inadequate, the parties shall meet and confer pursuant to the initial discovery order by **November 17, 2009.**

2.  Defendant's motion for temporary relief from discovery obligations is **GRANTED IN PART.**  If defendant finds the amended contentions adequate, its obligation to provide invalidity contentions under the Patent Local Rules is

1    triggered as of the date the amended contentions are served.

2    If defendant finds the amended contentions inadequate, its

3    obligation to provide invalidity contentions under the Local

4    Rules is **STAYED** pending further order of the court.

5    Dated: October 29, 2009

6                        _____
                              Bernard Zimmerman
7                         United States Magistrate Judge

8
     G:\BZALL\-REFS\BENDER V. INTERSIL\DISC2.ORD.wpd
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28