| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br><br>Attorneys for Defendant Intersil Corporation | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510)653-4983<br>E-mail: dnkuhn@pacbell.net<br><br>Attorney for plaintiff Gregory Bender |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>    Plaintiff,<br><br>v.<br><br>Intersil Corporation,<br><br>    Defendant. | Case No. C 09-01155 CW (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING MEET AND CONFER DEADLINE**<br><br>**DISCOVERY MATTER** |

Pursuant to Civil L.R. 6-2, Defendant Intersil Corporation ("Defendant") and Plaintiff Gregory Bender ("Plaintiff") through their respective counsel, hereby jointly request that the Court change the time by which the parties' shall meet and confer regarding Plaintiff's amended preliminary infringement contentions from November 17, 2009, until November 23, 2009.

WHEREAS, on October 29, 2009, the Court ordered that Plaintiff serve amended preliminary infringement contentions by November 10, 2009, and that the parties meet and confer within a week, by November 17, 2009, if the Defendant believes the amended contentions are inadequate. (D.I. 44.)

WHEREAS, on November 9, 2009, the Court granted plaintiff's request to change the deadline for service of Plaintiff's amended preliminary infringement contentions from November 10, 2009, until November 15, 2009, and did not address the meet and confer deadline. (D.I. 46.)

WHEREAS, the Defendant requests sufficient time to review Plaintiff's amended preliminary infringement contentions prior to the required meet and confer.

THE PARTIES HEREBY STIPULATE THAT:

1. The time by which the parties' shall meet and confer regarding Plaintiff's amended preliminary infringement contentions shall be changed from November 17, 2009, to November 23, 2009.

Respectfully submitted,

Dated: November 16, 2009        Jones Day

By: /s/ Gregory Lippetz
Greg L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Counsel for Defendant Intersil Corporation

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 16, 2009        By: /s/ David Kuhn
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: November 17, 2009      By: _/s/ Bernard Zimmerman_
The Hon. Bernard Zimmerman
United States Magistrate Judge