| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br><br>Attorneys for Defendant<br>INTERSIL CORPORATION | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510)653-4983<br>E-mail: dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>        Plaintiff,<br><br>    v.<br><br>Intersil Corporation,<br><br>        Defendant. | Case No. C 09-01155 CW (BZ)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RESCHEDULING MEET<br>AND CONFER DEADLINE**<br><br>**DISCOVERY MATTER** |

Pursuant to Civil L.R. 6-2, Defendant Intersil Corporation ("Defendant") and Plaintiff Gregory Bender ("Plaintiff"), through their respective counsel, hereby jointly request that the Court change the time by which the parties' shall meet and confer regarding Plaintiff's amended preliminary infringement contentions.

WHEREAS on November 16, 2009, Plaintiff served his amended infringement contentions on Defendant.

WHEREAS on November 17, 2009, the Court granted a request by the parties to extend the meet and confer deadline regarding Plaintiff's amended infringement contentions until November 23, 2009. (D.I. 48).

WHEREAS Defendant has informed Plaintiff that the parties will need to meet and confer regarding the amended infringement contentions.

1     WHEREAS, due to attorney unavailability due to unforeseen illness and the Thanksgiving holiday, the parties will not be able to complete the meet and confer by the Court's amended deadline of November 23, 2009.

    WHEREAS, the parties agree to meet and confer in person as required by the Court's standing orders no later than Wednesday, December 2, 2009.

    WHEREAS, the parties agree that the Court's previous order granting temporary relief of Defendant's discovery obligations (D.I. 44) shall remain in effect until the discovery dispute is resolved.

THE PARTIES HEREBY STIPULATE THAT:

    The deadline for the parties to meet and confer regarding Plaintiff's amended infringement contentions is moved to Tuesday, December 2, 2009.

    The Court's previous order granting Defendant temporary relief from its discovery obligations (D.I. 44) shall remain in place until the dispute is resolved.

Respectfully submitted,

Dated: November 23, 2009    Jones Day

By:   /s/ Gregory Lippetz
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Telephone:    650-739-3939
    Facsimile: 650-739-3900

Counsel for Defendant Intersil Corporation

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 23, 2009   By:   /s/ David Kuhn
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: November 24, 2009   By:   [signature]
Bernard Zimmerman
United States Magistrate Judge

SVI-74869v1