| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900<br><br>Attorneys for Defendant<br>INTERSIL CORPORATION | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone:  (510)653-4983<br>E-mail:  dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>          Plaintiff,<br><br>     v.<br><br>Intersil Corporation,<br><br>          Defendant. | Case No. C 09-01155 CW (BZ)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RESCHEDULING MEET<br>AND CONFER DEADLINE**<br><br>**DISCOVERY MATTER** |

Pursuant to Civil L.R. 6-2, Defendant Intersil Corporation ("Defendant") and Plaintiff Gregory Bender ("Plaintiff"), through their respective counsel, hereby jointly request that the Court change the time by which the parties' shall meet and confer regarding Plaintiff's amended preliminary infringement contentions.

WHEREAS on November 16, 2009, Plaintiff served his amended infringement contentions on Defendant.

WHEREAS on November 17, 2009, the Court granted a request by the parties to extend the meet and confer deadline regarding Plaintiff's amended infringement contentions until November 23, 2009.  (D.I. 48).

WHEREAS Defendant has informed Plaintiff that the parties will need to meet and confer regarding the amended infringement contentions.

1    WHEREAS, due to attorney unavailability due to unforeseen illness and the Thanksgiving
2 holiday, the parties will not be able to complete the meet and confer by the Court's amended
3 deadline of November 23, 2009.

4    WHEREAS, the parties agree to meet and confer in person as required by the Court's
5 standing orders no later than Wednesday, December 2, 2009.

6    WHEREAS, the parties agree that the Court's previous order granting temporary relief of
7 Defendant's discovery obligations (D.I. 44) shall remain in effect until the discovery dispute is
8 resolved.

9 THE PARTIES HEREBY STIPULATE THAT:

10   The deadline for the parties to meet and confer regarding Plaintiff's amended
11 infringement contentions is moved to Tuesday, December 2, 2009.

12   The Court's previous order granting Defendant temporary relief from its discovery
13 obligations (D.I. 44) shall remain in place until the dispute is resolved.

Respectfully submitted,

Dated: November 23, 2009          Jones Day

By:    /s/ Gregory Lippetz
Greg L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    650-739-3939
Facsimile: 650-739-3900

Counsel for Defendant Intersil Corporation

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 23, 2009        By:     /s/ David Kuhn
                                    David N. Kuhn
                                    Attorney-at-Law
                                    144 Hagar Avenue
                                    Piedmont, California 94611
                                    Telephone: (510) 653-4983

                                Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  November 24 , 2009        By:     [signature]
                                    Bernard Zimmerman
                                    United States Magistrate Judge

SVI-74869v1

-3-

STIPULATION REGARDING AMENDED
INFRINGEMENT CONTENTIONS
CASE NO. 5:09-cv-01251-RMW