| | |
|---|---|
| 1 | Greg L. Lippetz (State Bar No. 154228) |
| | glippetz@jonesday.com |
| 2 | Cora L. Schmid (State Bar No. 237267) |
| | cschmid@jonesday.com |
| 3 | JONES DAY |
| | 1755 Embarcadero Road |
| 4 | Palo Alto, CA 94303 |
| | Telephone: 650-739-3939 |
| 5 | Facsimile: 650-739-3900 |
| 6 | Attorneys for Defendant Intersil |
| | Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender, | Case No. C09-01155 CW (BZ) |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR MEDIATION** |
| v. | |
| Intersil Corporation, | |
| Defendant. | |

Plaintiff Gregory Bender ("Plaintiff") and Defendant Intersil Corporation, ("Defendant"), through their respective counsel, hereby make the following Stipulation with regard to the deadline for the parties to complete Mediation.

WHEREAS, on September 24, 2009, this Court issued the "Minute Order and Case Management Order," which set a deadline of completing private mediation of January 15, 2010, "or as soon thereafter as is convenient to the mediator's schedule." (Dkt. No. 26.)

WHEREAS, both parties have agreed to mediate with private mediator Randall W. Wulff.

WHEREAS, at the time the parties contacted Mr. Wulff, Mr. Wulff's first available appointments were in February 2010.

WHEREAS, the parties have confirmed an appointment to mediate before Mr. Wulff on February 8, 2010.

WHEREAS, mediation on February 8, 2010 will not affect the current case schedule.

**THE PARTIES HEREBY STIPULATE THAT:**

The deadline for the parties to mediate shall be extended until February 8, 2010.

Respectfully submitted,

Dated: January 15, 2010                    Jones Day

By: ___/s/ Gregory Lippetz___
Greg L. Lippetz
State Bar No. 154228
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:     650-739-3939
Facsimile:     650-739-3900

Counsel for Defendant Intersil Corporation

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: January 15, 2010                    By: ___/s/ David Kuhn___
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**ORDER**

Pursuant to the Stipulation above, the Court hereby extends the deadline for the Mediation to occur no later than February 8, 2010.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

1/22/10
Dated:_____   By_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge
Northern District of California