| | |
|---|---|
| 1 | Greg L. Lippetz (State Bar No. 154228) |
| | glippetz@jonesday.com |
| 2 | Cora L. Schmid (State Bar No. 237267) |
| | cschmid@jonesday.com |
| 3 | JONES DAY |
| | 1755 Embarcadero Road |
| 4 | Palo Alto, CA  94303 |
| | Telephone:     650-739-3939 |
| 5 | Facsimile:     650-739-3900 |

Attorneys for Defendant Intersil Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender, | Case No. C09-01155 CW (BZ) |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR MEDIATION** |
| v. | |
| Intersil Corporation, | |
| Defendant. | |

Plaintiff Gregory Bender ("Plaintiff") and Defendant Intersil Corporation, ("Defendant"), through their respective counsel, hereby make the following Stipulation with regard to the deadline for the parties to complete Mediation.

WHEREAS, on September 24, 2009, this Court issued the "Minute Order and Case Management Order," which set a deadline of completing private mediation of January 15, 2010, "or as soon thereafter as is convenient to the mediator's schedule."  (Dkt. No. 26.)

WHEREAS, both parties have agreed to mediate with private mediator Randall W. Wulff.

WHEREAS, at the time the parties contacted Mr. Wulff, Mr. Wulff's first available appointments were in February 2010.

WHEREAS, the parties have confirmed an appointment to mediate before Mr. Wulff on February 8, 2010.

WHEREAS, mediation on February 8, 2010 will not affect the current case schedule.

**THE PARTIES HEREBY STIPULATE THAT:**

The deadline for the parties to mediate shall be extended until February 8, 2010.

                                                       Respectfully submitted,

Dated: January 15, 2010                   Jones Day

                                                    By:    /s/ Gregory Lippetz
                                                              Greg L. Lippetz
                                                               State Bar No. 154228
                                                               JONES DAY
                                                               1755 Embarcadero Road
                                                               Palo Alto, CA  94303
                                                               Telephone:     650-739-3939
                                                               Facsimile:      650-739-3900

                                                    Counsel for Defendant Intersil Corporation

     In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: January 15, 2010                   By:    /s/ David Kuhn
                                                               David N. Kuhn
                                                               Attorney-at-Law
                                                               144 Hagar Avenue
                                                               Piedmont, California 94611
                                                               Telephone: (510) 653-4983

                                                Counsel for Plaintiff Gregory Bender

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE FOR MEDIATION
CASE NO. C 09-01155 CW (BZ)

1 **ORDER**

2  Pursuant to the Stipulation above, the Court hereby extends the deadline for the Mediation
3 to occur no later than February 8, 2010.

4

5 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

6

7  1/22/10  *[signature: Claudia Wilken]*

8 Dated:_____  By_____
   THE HONORABLE CLAUDIA WILKEN
9  United States District Judge
   Northern District of California

-3-

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE FOR MEDIATION
CASE NO. C 09-01155 CW (BZ)