| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br><br>Attorneys for Defendant<br>INTERSIL CORPORATION | David N. Kuhn (State Bar No. 73389)<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510) 653-4983<br>E-mail: dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>        Plaintiff,<br><br>    v.<br><br>Intersil Corporation,<br><br>        Defendant. | **Case No. C 09-01155 CW (BZ)**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL OF CLAIMS<br>AND COUNTERCLAIMS WITH<br>PREJUDICE** |

      Plaintiff Gregory Bender ("Bender") and Defendant and Counterclaimant Intersil Corporation ("Intersil") inform the court that they have reached agreement on the terms of dismissal of the claims and counterclaims in the above-entitled action and hereby submit this Stipulation of Dismissal.

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss with prejudice all claims and counterclaims in this action asserted by the parties. The parties stipulate that each party will bear its own costs and attorneys' fees relating to the dismissed claims.

      SO STIPULATED.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | Dated: February 19, 2010 | Jones Day |

                                  By:    /s/ Gregory Lippetz
                                        Greg L. Lippetz
                                        State Bar No. 154228
                                        JONES DAY
                                        Silicon Valley Office
                                        1755 Embarcadero Road
                                        Palo Alto, CA 94303
                                        Telephone:    650-739-3939
                                        Facsimile: 650-739-3900

                                        Counsel for Defendant Intersil Corporation

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: February 19, 2010                   By:       /s/ David Kuhn
                                          David N. Kuhn
                                          Attorney-at-Law
                                          144 Hagar Avenue
                                          Piedmont, California 94611
                                          Telephone: (510) 653-4983

                                        Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:   2/23  , 2010                   By: _____
                                          Hon. Claudia ~~Wilkin~~ Wilken
                                          United States District Judge

SVI-77858v1