| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900<br><br>Attorneys for Defendant<br>INTERSIL CORPORATION | David N. Kuhn (State Bar No. 73389)<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone:  (510) 653-4983<br>E-mail:  dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>            Plaintiff,<br><br>     v.<br><br>Intersil Corporation,<br><br>            Defendant. | **Case No. C 09-01155 CW (BZ)**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL OF CLAIMS<br>AND COUNTERCLAIMS WITH<br>PREJUDICE** |

Plaintiff Gregory Bender ("Bender") and  Defendant and Counterclaimant Intersil Corporation ("Intersil") inform the court that they have reached agreement on the terms of dismissal of the claims and counterclaims in the above-entitled action and hereby submit this Stipulation of Dismissal.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss with prejudice all claims and counterclaims in this action asserted by the parties.  The parties stipulate that each party will bear its own costs and attorneys' fees relating to the dismissed claims.

SO STIPULATED.

|    |                              |                                                                 |
|----|------------------------------|-----------------------------------------------------------------|
| 1  |                              | Respectfully submitted,                                          |
| 2  | Dated:  February 19, 2010    | Jones Day                                                        |
| 3  |                              | By:     /s/ Gregory Lippetz                                      |
| 4  |                              |     Greg L. Lippetz<br>    State Bar No. 154228                  |

Respectfully submitted,

Dated:  February 19, 2010

Jones Day

By:     /s/ Gregory Lippetz
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA  94303
    Telephone:     650-739-3939
    Facsimile: 650-739-3900

Counsel for Defendant Intersil Corporation

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: February 19, 2010

By:     /s/ David Kuhn
    David N. Kuhn
    Attorney-at-Law
    144 Hagar Avenue
    Piedmont, California 94611
    Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  2/23, 2010

By: _____
Hon. Claudia ~~Wilkin~~ Wilken
United States District Judge

SVI-77858v1

-2-

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
CASE NO. 5:09-01155 CW (BZ)